| 439P16 | State v. Twyan Kenneth Coleman | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-305) | 1. Denied |
|---|---|---|---|
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **12/09/2016** Dissolved **03/16/2017** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. Denied |
| 440P16 | State v. Christopher Glenn Turner | 1. State's Motion for Temporary Stay (COA16-656) | 1. Allowed **12/06/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 441P16 | State v. Marian Olivia Curtis | 1. State's Motion for Temporary Stay (COA16-458) | 1. Allowed **12/06/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 445P16 | Jamestown Pender, L.P. v. NC Department of Transportation and Wilmington Urban Area Metropolitan Planning Organization | 1. Def's (NCDOT) PDR Under N.C.G.S. § 7A-31 (COA15-925) | 1. Denied |
| | | 2. Def's (Wilmington Urban Area Metropolitan Planning Organization) Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| | | 3. Def's (Wilmington Urban Area Metropolitan Planning Organization) Motion for Leave to Withdraw as Counsel of Record and Notice of Appearance of Substitute Counsel | 3. Allowed |
| | | 4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as moot |
| 447P16 | Sheila McLean v. Bank of America, N.A., Nationstar Mortgage LLC, and Wells Fargo Bank, N.A., Solely in Its Capacity as Trustee for the Securitized Asset Backed Receivables, LLC, 2005-FR5 Mortgage Pass-Through Certificates, Series 2005-FR5 | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-97) | Denied |